# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

CHRISTOPHER S.,[1]                         Case Number: 1:21-cv-293
    Plaintiff,                                    Litkovitz, M.J.

vs.

COMMISSIONER OF SOCIAL SECURITY,        **ORDER**
    Defendant.

This matter is before the Court on the parties' joint motion to remand this case for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and to enter judgment in favor of plaintiff pursuant to Fed. R. Civ. P. 58.  (Doc. 17).

Pursuant to the parties' agreement, this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  Upon remand from this Court, the Appeals Council remand the matter to an Administrative Law Judge, with instructions to further evaluate the medical opinions and prior administrative medical findings regarding Plaintiff's mental impairments, further develop the administrative record as necessary as to the relevant period (June 15, 2015 through March 31, 2019) to determine whether plaintiff is disabled within the meaning of the Social Security Act, and issue a new decision.

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.

**IT IS THEREFORE ORDERED THAT** the parties' joint motion to remand (Doc. 17) is **GRANTED**; this case is **REMANDED** to the Commissioner of Social Security for further administrative proceedings; and the Clerk of Court is **DIRECTED** to enter a separate judgment as required by Fed. R. Civ. P. 58.

Date: 4/8/2022

Karen L. Litkovitz
United States Magistrate Judge