UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

> Denied as moot. See Doc. 23
> *Karen L. Litkovitz*
> United States Magistrate Judge

**CHRISTOPHER DAVIS SCOTT,**

        Plaintiff,        1:21-cv-00293-KLL

v.        Notice of Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (West)

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant.

**COUNSEL:**

    **PLEASE TAKE NOTICE** that upon the annexed affirmation of Richard F. Brian, attorney for Plaintiff, and other papers, Plaintiff will make a motion before the Court on a date to be set by the court, for an order:

1. Awarding an Equal Access to Justice Act Counsel Fee for $5,522.76; and
2. Awarding costs in the amount of $402.00; and
3. If Plaintiff has no debt registered with the Department of Treasury subject to offset that the fees be made payable to the attorney.

    Plaintiff's attorney, Richard F. Brian, moves the court for an award to be paid by the Defendant under the Equal Access to Justice Act, 28 U.S.C. § 2412.

    There are no special circumstances in this case which make an award under the EAJA unjust.

    This motion is supported by an affirmation of Plaintiff's attorney, attached time and cost records and a Waiver of Direct Payment by Plaintiff.

Executed this July 1, 2022

                Respectfully submitted,

**/s/ *Richard F. Brian***
Richard F. Brian, Esq.
Bar Roll #0020816
Attorney for Plaintiff
Of Counsel, Olinsky Law Group
5405 Konen Avenue, NW
Canton, OH 44718
Telephone: 330-495-3176
Facsimile: 330-348-5182
Email: rfbrian1005@gmail.com